David W. CORBITT, Alexander J. Raya, Jr., Plaintiffs–Appellants,

v.

**HOME DEPOT U.S.A., INC.,** Defendant–Appellee.

No. 08–12199.

United States Court of Appeals, Eleventh Circuit.

March 10, 2010.

Edward Gordon Hawkins, Hawkins Law Firm, LLC, Mobile, AL, Jeffrey W. Bennitt, Jeff W. Bennitt & Assoc., LLC, Birmingham, AL, for Plaintiffs–Appellants.

Joseph F. Lavigne, Jones Walker Law Firm, New Orleans, LA, Cornelius R. Heusel, Jones Walker, New Orleans, LA, for Defendant–Appellee.

Before DUBINA, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.